UNITED STATES of America,
Plaintiff–Appellee,

v.

Kenneth Bruce DUPREE, Jr., a.k.a.
Kuttbugg, Defendant–
Appellant.

No. 07–13705
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Feb. 8, 2008.

Dean S. Daskal, U.S. Attorney's Office, Columbus, GA, for Plaintiff–Appellee.

Gerald B. Williams, Gerald B. Williams, P.C., Albany, GA, for Defendant–Appellant.

Before TJOFLAT, CARNES and BARKETT, Circuit Judges.

PER CURIAM:

Gerald B. Williams, appointed counsel for Kenneth Bruce Dupree, Jr. on this direct criminal appeal, has filed a motion to withdraw on appeal supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Dupree's conviction and sentence are **AFFIRMED.**